# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ERIC POIROUX (#333738)**

**VERSUS**

**MED. STAFF, ET AL.**

**CIVIL ACTION**

**NO. 18-00644-BAJ-RLB**

## RULING

This matter comes before the Court in connection with the Court's Order dated July 13, 2018 (Doc. 3), denying Plaintiff authorization to proceed *in forma pauperis* in this case and directing him to pay, within twenty-one days, the full amount of the Court's filing fee.

On July 13, 2018, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g), the Court determined that Plaintiff was not authorized to proceed *in forma pauperis* herein and ordered him to pay, within twenty-one days, the full amount of the Court's filing fee. (*See* Doc. 3). Plaintiff was placed on notice that a failure to comply with the Court's Order "shall result in the dismissal of Plaintiff's action without further notice from the Court." *Id.*

In accordance with 28 U.S.C. § 1915, a prisoner filing a civil action or appeal in federal court may be granted *in forma pauperis* status but is nonetheless required to pay the full amount of the Court's filing fee over time in incremental installments. However, such incremental payments are not allowed and pauper status shall be denied where the prisoner has filed, on at least three prior occasions while incarcerated, actions or appeals that have been dismissed as legally baseless. Specifically:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious,

or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

In the instant case, Plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal courts that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1] Accordingly, pursuant to 28 U.S.C. § 1915(g), this Court denied Plaintiff authorization to proceed *in forma pauperis* and directed him to pay the full amount of the Court's filing fee within twenty-one days. A review of the record by the Court reflects that Plaintiff has failed to pay the filing fee as ordered on July 13, 2018. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of Plaintiff to pay the Court's filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 13th day of September 2018.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Cases filed by Plaintiff that have been dismissed by the federal courts as frivolous, malicious, or for failure to state a claim include, but are not limited to, *Eric Poiroux v. Bill Belt, et al.*, Civil Action No. 95-2297 (W.D. La.), *Eric Poiroux v. Bill Belt, et al.*, Civil Action No. 96-495 (W.D. La.), and *Eric Poiroux v. Major C. Kenny, et al.*, Civil Action No. 96-3027 (E.D. La.).